ALEXANDER LAPEYRE, Appellant, *v.* GEORGE R. TAYLOR *et al.,* Respondents.

1 Lapeyre v. Paul, 47 Mo. 586, affirmed.

*Appeal from St. Louis Circuit Court.*

*J. C. Moodey,* for appellant.

*C. C. Whittelsey,* for respondents.

WAGNER, Judge, delivered the opinion of the court.

This case was argued in connection with the case of Lapeyre v. Paul *et al.*, and the question involved and the facts are the same in both cases. The court, however, here, found the issues for the defendants, and gave judgment accordingly. The judgment will therefore be affirmed. The other judges concur.